## Miller, Appellant, *v.* Chester County Board of Revision of Taxes.

Argued December 9, 1970. *A. Bruce Niccolo,* with him *Moorshead & Niccolo,* for ap-

pellant; *Theodore O. Rogers*, with him *Susan P. Windle*, and *Rogers, Gentry, Windle & Lamb*, for appellees.
Order affirmed.